1  DOUGLAS K. deVRIES  (SB#70633)
   deVRIES LAW FIRM
2  1792 Tribute Road, Suite 480
   Sacramento, CA  95815
3  Tel:  (916) 473-4343
   Fax: (916) 473-4342
4
   ROBERT K. SCOTT  (SB#67466)
5  LAW OFFICES OF ROBERT K. SCOTT
   7700 Irvine Center Drive, Suite 605
6  Irvine, CA 92618
   Tel:  (949) 753-4950
7  Fax: (949) 753-4949

8  Attorneys for Plaintiff
9

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14
   LINNETTE COCHRAN,                    Case No.: 2:07-CV-00178-LKK-KJM
15
                                        **STIPULATION AND ORDER OF DISMISSAL
16          Plaintiff,                  WITH PREJUDICE**

17  vs.                                 _____

18
   THE STANDARD INSURANCE COMPANY,
19
           Defendant.
20
   _____/
21
           Plaintiff LINNETTE COCHRAN and Defendant THE STANDARD INSURANCE COMPANY,
22
   by and through their respective counsel of record, do hereby stipulate that with regard to the above-
23
   referenced matter, the action against defendant THE STANDARD INSURANCE COMPANY be
24
   dismissed with prejudice, with each party to bear its own costs of suit and attorney's fees.
25
   ///
26
   ///
27
   ///
28

   Stipulation and Order of Dismissal          1

Dated: July 5, 2007

deVRIES LAW FIRM
LAW OFFICES OF ROBERT K. SCOTT

By: /s/ Douglas K. deVries
 DOUGLAS K. deVRIES
 Attorney for Plaintiff, Linnette Cochran

Dated: July 5, 2007

JONES DAY

By: /s/ Emily Booth
 EMILY E. BOOTH
 Attorney for Defendant, The Standard Insurance

## ORDER

Based on the stipulation of the parties set forth above, the matter against defendant, THE STANDARD INSURANCE COMPANY, is dismissed with prejudice and in its entirety, with each party to bear its own costs of suit and attorney's fees.

**IT IS SO ORDERED.**

Date: August 14, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT